CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 3 2007

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RICHARD DEGOUT, ) | |
|     Petitioner, ) | Civil Action No. 7:07-cv-00374 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| T. O'BRIEN, WARDEN, ) | By: Hon. James C. Turk |
|     Respondent. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is hereby **CONSTRUED and DISMISSED** without prejudice as a successive motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and stricken from the active docket of the court. It is further **ORDERED** that petitioner's presentence report, which he submitted as an exhibit to his petition, shall be placed and maintained under seal.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 23rd day of August, 2007.

_____
Senior United States District Judge