CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 3 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RICHARD DEGOUT, ) | |
|    Petitioner, ) | Civil Action No. 7:07-cv-00374 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| T. O'BRIEN, WARDEN, ) | By: Hon. James C. Turk |
|    Respondent. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is hereby **CONSTRUED and DISMISSED** without prejudice as a successive motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and stricken from the active docket of the court. It is further **ORDERED** that petitioner's presentence report, which he submitted as an exhibit to his petition, shall be placed and maintained under seal.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 23rd day of August, 2007.

                                       /s/ James C. Turk
                                       Senior United States District Judge